## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**CHARLIE BIGGINS, d/b/a**
**BIGGINS CONSTRUCTION**                                      **PLAINTIFF**


**v.**                           **No. 3:10-cv-257-DPM**


**ANCO CONSTRUCTION, INC. and**
**UNITED FIRE & CASUALTY COMPANY**                **DEFENDANTS**


### ORDER

The Court held a telephone status conference with counsel on 14 November 2013. The mediation scheduled for November 15th has been cancelled. There have again been difficulties getting the Bankruptcy Court to pay Biggins's part of the mediators's fee. This Court's efforts to monitor the status of the mediation/arbitration, and to encourage the parties' efforts to resolve their dispute promptly through those alternative means, are not bearing fruit. No further status reports will be required. The case remains stayed and administratively terminated. If no party requests relief by 27 June 2014, the Court will dismiss the case without prejudice for failure to prosecute. In the meantime, any party may seek any appropriate relief by moving to lift the stay and asking for court action.

-2-

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

14 November 2013