IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHARLIE BIGGINS, d/b/a
BIGGINS CONSTRUCTION                                                            PLAINTIFF

v.                              No. 3:10-cv-257-DPM

ANCO CONSTRUCTION, INC. and
UNITED FIRE & CASUALTY COMPANY                                          DEFENDANTS

### ORDER

The motion to lift the stay, № 55, is granted. For good cause, the Court also grants Lawrence B. Hammett II's motion for withdrawal. He is no longer associated with this case. The Court stays, and administratively terminates, the case again.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

20 January 2015