IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHARLIE BIGGINS, d/b/a
BIGGINS CONSTRUCTION                                              PLAINTIFF

v.                        No. 3:10-cv-257-DPM

ANCO CONSTRUCTION, INC. and
UNITED FIRE & CASUALTY COMPANY                          DEFENDANTS

ORDER

The Court directs Mr. Hammet to provide the Court, by 23 January 2015, with a current mailing address for Anco Construction, Inc. and United Fire & Casualty Company by filing a notice.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

21 January 2015