IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHARLIE BIGGINS,
d/b/a Biggins Construction                                      PLAINTIFF

v.                     No. 3:10-cv-257-DPM

ANCO CONSTRUCTION INC.; and
UNITED FIRE & CASUALTY COMPANY                                  DEFENDANTS

ORDER

The parties have settled. № 59. Congratulations. The stay is lifted and the complaint will be dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 January 2017