IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHARLIE BIGGINS,
d/b/a Biggins Construction                                     PLAINTIFF

v.                          No. 3:10-cv-257-DPM

ANCO CONSTRUCTION INC.; and
UNITED FIRE & CASUALTY COMPANY                                 DEFENDANTS

JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 January 2017